IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **CRAIG MADDOX,** | : | |
| | : | |
| Petitioner, | : | |
| | : | **CIVIL NO. 7:13-CV-045-HL-TQL** |
| VS. | : | |
| | : | |
| Warden **ANTHONY WASHINGTON,** | : | |
| | : | |
| Respondent. | : | |

# **ORDER**

Petitioner Craig Maddox filed a pleading in this Court in which he expressed his intent to file an application for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 and requested that he be provided the proper forms for doing so. The United States Magistrate Judge thus ordered the Clerk to forward Petitioner a copy of the standard form for a § 2254 petition along with a pauper's affidavit and prisoner trust account certification form. Petitioner was given twenty-one days to complete the standard forms and return them to the Clerk of Court. When Petitioner failed to comply within the time allotted, the Magistrate Judge ordered Petitioner to respond and show cause why this action should not be dismissed for failure to respond. (See Order, May 29, 2013, ECF No. 5). The time for responding to the Order to Show Cause has now passed, and Petitioner has again failed to respond to an order of this Court.

Petitioner's failure to respond leads this Court to believe that he is no longer interested pursuing this action. For this reason and because of Petitioner's repeated failure to comply with the Court's instructions and failure to prosecute, the present action is **DISMISSED**.

**SO ORDERED**, this 19th day of July, 2013.

                                             *s/Hugh Lawson*
                                             HUGH LAWSON, JUDGE
                                             UNITED STATES DISTRICT COURT

jlr